**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD ALLEN CROOK,<br><br>                 Plaintiff(s),<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>                 Defendant(s). | 2:13-CV-2069 JCM (CWH) |

**ORDER**

Presently before the court is defendant Carolyn Colvin's motion requesting an extension of time (doc. # 19) to file a cross-motion to affirm the commissioner's decision.

Defendant asserts that a forty-five day extension is necessary to give the parties an opportunity to explore the possibility of settling this case.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to extend time (doc. # 19) be, and at the same time hereby is, GRANTED.

IT IS FURTHER ORDERED that defendant shall have up to, and including, Monday, April 21, 2014, in which to file a cross-motion to affirm the commissioner's decision.

DATED March 5, 2014.

_James C. Mahan_

**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge